UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 09-14043-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RICHARD JOSEPH SHERMAN,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Lynch on August 4, 2010. A Report and Recommendation was filed on August 11, 2010 recommending payment in the amount of $16,763.45 as to voucher number FLS091756. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of August, 2010.

                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
       David J. Joffee, Esq.
       Lucy Lara, CJA Administrator